James J. HUNDLEY, Plaintiff–Appellant,

v.

Ronald REVISH, Probation Officer; Aaron Sumpter, Probation Officer; John Doe, District Supervisor, Defendants–Appellees.

No. 10–6542.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 6, 2010.

James J. Hundley, Appellant Pro Se.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James J. Hundley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hundley v. Revish,* No. 1:10–cv–00068–LMB–IDD (E.D.Va. filed Mar. 31, 2010; entered Apr. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*